UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NUNES,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE, et al.,<br><br>Defendants. | No. 2:25-cv-02977-DC-CKD<br><br>ORDER SUBMITTING TO ARBITRATION PLAINTIFF'S CLAIMS AGAINST DEFENDANT BARCLAYS BANK DELAWARE PURSUANT TO THEIR STIPULATION<br><br>(Doc. No. 15) |

On December 5, 2025, Plaintiff and Defendant Barclays Bank Delaware filed a stipulation notifying the court they have agreed to submit all of Plaintiff's claims brought against Defendant Barclays Bank Delaware in this action to arbitration pursuant to an arbitration agreement signed by the parties. (Doc. No. 15.) The parties further stipulate to stay this action pending completion of that arbitration but only as to Defendant Barclays Bank Delaware. (*Id.* at 2.)

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. Plaintiff's claims brought in this action against Defendant Barclays Bank Delaware are hereby submitted to arbitration pursuant to the parties' arbitration agreement;

2. Proceedings in this case as to Defendant Barclays Bank Delaware are STAYED

1

pending completion of the arbitration of Plaintiff's claims against Defendant Barclays Bank Delaware;

3. Plaintiff and Defendant Barclays Bank Delaware shall file a joint status report regarding the status of the arbitration within 180 days from the date of entry of this order, and every 60 days thereafter, until the arbitration proceedings are completed; and

4. Plaintiff and Defendant Barclays Bank Delaware shall file a joint status report to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated:   **December 22, 2025**

Dena Coggins
United States District Judge