# United States District Court
# Eastern District of California

Joseph Nunes

Plaintiff(s)

v.

Barclays Bank DE and Innovis Data Solutions,

Defendant(s)

Case Number: 2:25-cv-02977

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jason A. Spak hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Innovis Data Solutions, Inc.

On 10/21/2002 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/16/2026 Signature of Applicant: /s/ Jason A. Spak

**Pro Hac Vice Attorney**

Applicant's Name: Jason A. Spak

Law Firm Name: Troutman Pepper Locke LLP

Address: 501 Grant Street, Suite 300

City: Pittsburgh State: PA Zip: 15219

Phone Number w/Area Code: (412) 347-1247

City and State of Residence: Pittsburgh, PA

Primary E-mail Address: jason.spak@troutman.com

Secondary E-mail Address: autodocket@troutman.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Madeleina Halley

Law Firm Name: Troutman Pepper Locke LLP

Address: 350 S Grand Ave, Ste 3400

City: Los Angeles State: CA Zip: 90071

Phone Number w/Area Code: (213) 687-6703 Bar # 341540

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 18, 2026

JUDGE, U.S. DISTRICT COURT